# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ELSIE KELLY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15 C 2958 |
| **PATRICK R. DONAHOE**, Postmaster General United States Postal Service (Great Lakes Area) Agency, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Elsie Kelly ("Kelly") has filed a self-prepared Complaint of Employment Discrimination against Postmaster General Patrick Donahoe, utilizing the form made available by the Clerk's Office for use by pro se litigants. Although her Complaint was timely filed in relation to the February 5, 2015 denial of reconsideration by the United States Equal Employment Opportunity Commission ("Commission") attached to Kelly's Complaint, the sprawling nature of her hodgepodge narrative makes it impossible for this Court to address her claims without further input from her.

At the outset it should be noted that Kelly has checked all but one box in Complaint ¶ 9, thus asserting that she has been the victim of every listed category of claimed discrimination except for religion: age, color, disability, national origin, race and sex. But nothing in her hard-to-follow narrative adverts at all to any of those categories except possible disability -- and even in that respect Kelly's June 24, 2011 EEO Complaint of Discrimination in the Postal Service (also attached to the Complaint) has failed to identify her claimed disability, its duration

and any other relevant facts in any fashion that might enable this Court to conduct the preliminary screening as to whether and in what fashion her action may proceed.

What Kelly must provide at a minimum to enable an effective evaluation are (1) the written ruling in her August 13, 2010 mediation referred to in Complaint ¶ 12(h), (2) a copy of the decision in <u>Elsie Kelly v. U.S. Postal Service</u>, EEOC Appeal No. 0120123331 (referred to in the first sentence of the Commission's February 5 denial of reconsideration of that decision) and (3) her request to the Commission for such reconsideration. Although some further information may be called for after this Court receives and reviews those materials, those things should facilitate this Court's ability to make a threshold evaluation.

Kelly is ordered to supply the materials specified in this memorandum order on or before May 11, 2015. Meanwhile Kelly's In Forma Pauperis Application and Motion for Attorney Representation, each of which has also been prepared on Clerk's-Office-supplied forms, will be held in abeyance.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 17, 2015